PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED
2005 FEB 14 P 2: 56
U.S. DISTRICT COURT
HARTFORD, CT.

# United States District Court

## FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

JESSE RODRIGUEZ

Crim #:   3:03CR00201(AWT)

Re: **Early Termination of Supervision**

On **December 28, 2001**, the above named was placed on **SUPERVISED RELEASE** for a period of **5** years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Ryan MacDougall
U. S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 10th day of February, 2005.

_____
Alvin W. Thompson
United States District Court Judge